IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAJWANTI KESWANI, as Personal Representative of the Estate of Bhagwandas Keswani, et al., | * * |
| Plaintiffs, | * |
| v. | * CASE NO. H-97-2403 |
| ATLANTIC GENERAL HOSPITAL, INC., et al., | * * |
| Defendants/Third-Party Plaintiff, | * |
| v. | * |
| STERLING MIAMI, INC. f/k/a STERLING HEALTH CARE GROUP, INC., et al. | * * |
| Third-Party Defendants | * |

* * * * * * * * * * * * * * * * * * * *

**NOTICE TO WITHDRAW**

Please withdraw the appearance of Mark A. DiAntonio on behalf of Defendant and Third-Party Plaintiff, Atlantic General Hospital Corp. Michael J. Baxter and Baxter, Baker, Sidle & Conn, P.A., will remain as counsel on behalf of said Defendant and Third-Party Plaintiff.

APPROVED this 10TH day of Nov., 1999

_____          _____
Senior United States District Judge                Mark A. DiAntonio

*[signature]*
Michael J. Baxter
Baxter, Baker, Sidle & Conn, P.A.
120 E. Baltimore Street
Suite 2100
Baltimore, Maryland 21202
(410) 230-3800

*Attorneys for Atlantic General Hospital, Inc., one of the Defendants and Third-Party Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 1999, a copy of Defendant/Third-Party Plaintiff, Atlantic General Hospital, Inc.'s, Notice to Withdraw was mailed, postage prepaid, to:

Roy B. Cowdrey, Jr., Esquire
Scott G. Patterson, Esquire
Cowdrey, Thompson & Karsten, P.A.
130 North Washington Street
P.O. Box 1747
Easton, Maryland 21601

James L. Otway, Esquire
Athenelli & Otway
108 The Plaza
P.O. Box 4096
Salisbury, Maryland 21801

Charles Spigelman, Esquire
Gilberg & Kurent, 1250 I Street, N.W.
Suite 600
Washington, D. C. 20005

David Finucane, Esquire
Jean Jones, Esquire
David E. Manoogian, Esquire
Epstein, Becker & Green
1227 25th Street N.W.
Washington, D.C. 20037-1156

*[signature]*
Mark A. DiAntonio
Baxter, Baker, Sidle & Conn, P.A.
120 E. Baltimore Street
Suite 2100
Baltimore, Maryland 21202
(410) 230-3800

*Attorneys for Atlantic General Hospital, Inc.,*
*one of the Defendants and Third-Party Plaintiff*