IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAJWANI KESWANI, et al.    *

      Plaintiffs    *

      vs.    * CIVIL NO. H-97-2403

ATLANTIC GENERAL HOSPITAL,    *
et al.

      Defendants    *

   \*   \*   \*   o0o   \*   \*   \*

### O R D E R

Plaintiffs having moved to reopen this case for good cause, it is this 10th day of November, 1999 by the United States District Court for the District of Maryland,

ORDERED that this civil action is hereby reopened.

                            _____
                            Senior United States District Judge