UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAJWANTI KESWANI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. H-97-2403 |
| ) | |
| ATLANTIC GENERAL HOSPITAL, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

FILED
LODGED
DEC 13 1999
DISTRICT OF MARYLAND

## NOTICE OF WITHDRAWAL OF APPEARANCE

Joanne B. Jarquin, Esq. hereby withdraws as counsel for Atlantic General Hospital, one of the defendants. Ms. Jarquin, a former associate at Baxter, Baker, Sidle and Conn, counsel of record for Atlantic General Hospital, is no longer employed by that law firm.

Respectfully submitted,

Joanne B. Jarquin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Washington, DC 20004

APPROVED this 13TH day of Dec, 1999

Senior United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 1999, I caused a copy of the foregoing Notice of Withdrawal to be served, first class mail, postage prepaid on:

Roy B. Cowdrey, Jr.
Scott Grove Patterson
Cowdrey, Thompson & Karsten, PA
130 N. Washington Street
P.O. Box 1747
Easton, Maryland 21601

James L. Otway
Anthenelli & Otway
108 East Market Street
P.O. Box 4096
Salisbury, Maryland 21801

Michael J. Baxter
Baxter, Baker, Sidle & Conn
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202

Charles R. Spigelman
Michael M. Hicks
Gilberg & Kiernan
1250 I Street, NW, Suite 600
Washington, D.C. 20005

David E. Manoogian
Jean M. Jones
Epstein, Becker & Green
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-1156

David J. Finucane
1301 K Street, NW
Suite 400, East Tower
Washington, D.C. 20005

_____
Joanne B. Jarquin

DCDOCS:162260.1(3H7801!.DOC)