|  |  |
|---|---|
| and, | * |
|  | * |
| **PROFESSIONAL EMERGENCY** | * |
| **PHYSICIANS** | * |
| **P.A.,** | * |
|  | * |
| Defendant/Third-Party | * |
| Defendant/Counter Defendant/ | * |
| Counter Plaintiff/Cross | * |
| Plaintiff, | * |
|  | * |
| and, | * |
|  | * |
| **ANTONIO MARTINS, M.D.,** | * |
| Individually, | * |
|  | * |
| Defendant/Third-Party | * |
| Defendant/Counter Defendant/ | * |
| Counter Plaintiff/Cross | * |
| Plaintiff. | * |
|  | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon Motion for Leave to Withdraw Appearance, it is this 16th day of March, 2000 by the United States District Court of the District of Maryland, Northern Division

**ORDERED**, that the Motion for Leave to Withdraw Appearance be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that the appearance of David J. Finucane, Esquire of Epstein Becker & Green, P.C. be and hereby is **STRICKEN**; and it is further

**ORDERED**, that the court record shall reflect that Sterling Miami, Inc. f/k/a Sterling Health Care Group, Inc., Sterling Professional Emergency Physicians, LLC, Professional Emergency Physicians, P.A. and Antonio Martins, M.D. (collectively referred to as "Third-Party

Defendants") are represented by Epstein Becker & Green, P.C. by and through David E. Manoogian, Esquire, Jean M. Jones, Esquire and Joanna Jesperson, Esquire.

/s/ Alexander Harvey II
Judge, U.S. District Court
For the District of Maryland

**Copies to:**

**David E. Manoogian, Esquire**
**Jean M. Jones, Esquire**
**Joanna Jesperson, Esquire**
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Ste. 700
Washington, D.C. 20037-1156

**Michael J. Baxter, Esquire**
Baxter, Baker, Sidle & Conn, P.A.
120 E. Baltimore Street
Suite 2100
Baltimore, Maryland 21202

**Roy B. Cowdrey, Jr., Esquire**
130 N. Washington Street
Easton, Maryland 21601

**James L. Otway, Esquire**
108 The Plaza
P.O. Box 4096
Salisbury, Maryland 21801

**Michael M. Hicks, Esquire**
Gilberg & Keirnan
1250 Eye Street, N.W., Suite 600
Washington, D.C. 20005