UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
BALTIMORE, MARYLAND 21201

ALEXANDER HARVEY II
SENIOR JUDGE

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 1 9 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

June 16, 2000

Roy B. Cowdrey, Jr., Esq.
Cowdrey, Thompson & Karsten
130 N. Washington Street
Easton, MD 21601

James L. Otway, Esq.
Athenelli & Otway
108 The Plaza
P.O. Box 4096
Salisbury, MD 21801

David E. Manoogian, Esq.
Epstein, Becker & Green, P.C.
1227 25th Street, NW
Washington, DC 20037-1156

Michael J. Baxter, Esq.
Baxter, Baker, Sidle & Conn
120 E. Baltimore Street
Suite 200
Baltimore, MD 21202

Michael M. Hicks, Esq.
Gilberg & Kiernan
1250 I Street, NW
Suite 600
Washington, DC 20005

Re: Keswani, et al. v. Atlantic General
    Hospital, Inc., et al.
    Civil No. H-97-2403

Gentlemen:

The parties have submitted a Consent Motion to Extend Discovery, requesting that the deadline for discovery in this case be extended until September 30, 2000. This motion will be denied.

This civil action was filed almost three years ago, and I was very much surprised to learn that approximately eighteen or so medical experts still must be deposed. Various extensions of time for the completion of discovery have previously been requested and granted. The Fifth Revised Scheduling Order was entered on March 10, 2000 and provided that depositions and all other discovery was to be completed by June 30, 2000.

Nevertheless, since there is a settlement conference scheduled in this case before Magistrate Judge Gauvey on June 20, 2000, I

Page 2
June 16, 2000


will extend the time for the completion of discovery until August 1, 2000, which is one day before the final pretrial conference set for Wednesday, August 2, 2000. At that pretrial conference, I will set a trial date in the very early fall. Quite obviously, this could not be done if the discovery deadline were extended until September 30, 2000. An Order denying the parties' consent motion has been entered today.

Very truly yours,

Alexander Harvey, II
Senior United States District Judge

cc: Magistrate Judge Gauvey
    Deputy Clerk Buker