IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LAJWANTI KESWANI, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *    CIVIL NO. H-97-2403 |
| | * |
| ATLANTIC GENERAL HOSPITAL, INC., | * |
| | * |
| Defendant/Third-Party Plaintiff/Counter Defendant/ Cross Defendant, | * |
| | * |
| and, | * |
| | * |
| JEANETTE E. FLAGG, L.P.N., | * |
| | * |
| Defendant/Cross Defendant/ Counter Plaintiff, | * |
| | * |
| and, | * |
| | * |
| STERLING MIAMI, INC., f/k/a STERLING HEALTH CARE GROUP, INC., | * |
| | * |
| Defendant/Third-Party Defendant/Counter Defendant/ Counter Plaintiff/Cross Plaintiff, | * |
| | * |
| and, | * |
| | * |
| STERLING PROFESSIONAL EMERGENCY PHYSICIANS, LLC, | * |
| | * |
| Defendant/Third-Party Defendant/Counter Defendant/ Counter Plaintiff/Cross Plaintiff, | * |

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 1 9 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Motion DENIED this 16th day of June, 2000 for the reasons stated in the Court's letter to counsel.

*[signature]*
Senior United States District Judge

DC:113996.1

|  |  |
|---|---|
| and, | * |
|  | * |
| PROFESSIONAL EMERGENCY PHYSICIANS | * |
| P.A., | * |
|  | * |
| Defendant/Third-Party | * |
| Defendant/Counter Defendant/ | * |
| Counter Plaintiff/Cross | * |
| Plaintiff, | * |
|  | * |
| and, | * |
|  | * |
| ANTONIO MARTINS, M.D., | * |
| Individually, | * |
|  | * |
| Defendant/Third-Party | * |
| Defendant/Counter Defendant/ | * |
| Counter Plaintiff/Cross | * |
| Plaintiff. | * |
|  | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**CONSENT MOTION TO EXTEND DISCOVERY**</u>
<u>**DUE TO SETTLEMENT CONFERENCE**</u>
<u>**AND**</u>
<u>**MEMORANDUM OF LAW IN SUPPORT THEREOF**</u>

All parties consent to this motion and all parties authorize David E. Manoogian, Esq., to file this motion on their behalf. Movants, pursuant to *Federal Rules of Civil Procedure* Rule 6(b) and 26(a)(2) and Local Rule 105.9, hereby move this Court for good cause shown to extend the deadline for completing discovery and to revise the Court's Scheduling Order and state as follows:

1. **All parties have stipulated to the new deadline proposed in the instant Motion and consent to the filing of this**

DC:113996.1

2

**Motion.** The parties agree that the new extended deadline is reasonable and necessary for the reasons set forth below.

2. The deadline for discovery has not yet passed as of the time of this filing. Movants have complied with Local Rule 105.9, as stated in paragraph 5 below. Therefore, pursuant to *F.R.Civ.P.* Rule 6(b), the court may for good cause shown enlarge the time for discovery pursuant to the instant request to do so.

3. This matter is set for a settlement conference with Judge Gauvey on June 20; all parties are participating in good faith in this conference. However, the current discovery cutoff is June 30, ten days after the settlement conference. Since this is a medical malpractice case, there are approximately 18 or so medical experts to be deposed. None of the parties want to incur the voluminous expense of preparing and deposing all of these experts before the settlement conference. Basically, the more money which is spent on preparing/deposing the experts, the harder it will be to settle the case. In any event, the depositions cannot be done between June 20 - June 30 because of the schedules of counsel and of the experts.

4. Except for the discovery deadline, no change is requested in the court's current schedule. Specifically, the

DC:113996.1

final pretrial currently scheduled for 4:30 p.m. on Wednesday, August 2, 2000, will not be changed.

    5.    Pursuant to Rule 29, Local Rule 105.9 and the stipulation of all counsel, the parties respectfully request the Court's approval to extend the discovery time limit and revise its Scheduling Order as stated below.

    WHEREFORE, all parties respectfully pray that the Court revise its Scheduling Order to reflect the following new deadline:

    Discovery deadline:        September 30, 2000

and for such further and additional relief as may be just and proper.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. *Federal Rules of Civil Procedure* Rules 6(b) and 26(a)(2).
2. Local Rule 105.9.
3. All matters presented hereinabove
4. The Court's file in this matter.

    Respectfully submitted, on behalf of all parties by:

    EPSTEIN BECKER & GREEN, P.C.

    By: [signature]

DC:113996.1

>David E. Manoogian
>>Bar No.: 00914
>>Direct Dial: (202) 861-1848
>>Switchboard: (202) 861-0900
>>1227 25th Street, N.W.
>>Ste. 700
>>Washington, D.C. 20037
>>*Attorneys for Defendants/
>>  Third-Party
>>Defendants/Counter-Defendants/
>>Counter-Plaintiffs/Cross-
>>  Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19 day of June, 2000, a copy of the foregoing **Motion and Proposed Order** were mailed first class, postage prepaid, to:

>Roy B. Cowdrey, Jr., Esquire
>Cowdrey, Thompson & Karsten, P.A.
>130 North Washington Street
>P.O. Box 1747
>Easton, Maryland 21601
>>*Attorney for Plaintiffs*

>James L. Otway, Esquire
>Anthenelli & Otway
>108 The Plaza
>P.O. Box 4096
>Salisbury, Maryland 21801
>>*Attorney for Plaintiffs*

>Michael J. Baxter, Esquire
>Baxter, Baker, Sidle & Conn, P.A.
>120 E. Baltimore Street
>Suite 2100
>Baltimore, Maryland 21202
>>*Attorney for Defendant/Third-Party
>>Plaintiff Atlantic General Hospital*

DC:113996.1

5

Michael M. Hicks, Esquire
Gilberg & Kiernan
1250 Eye Street, N.W.
Suite 600
Washington, D.C. 20005
    *Attorneys for Defendant*
    *Jeanette E. Flagg*

_____
~~Joanna Jesperson~~
David E. Manoogian

DC:113996.1

6