IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **LAJWANTI KESWANI**, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *  **CIVIL NO. H-97-2403** |
| | * |
| **ATLANTIC GENERAL HOSPITAL, INC.**, | * |
| | * |
| Defendant/Third-Party Plaintiff/Counter Defendant/ Cross Defendant, | * |
| | * |
| and, | * |
| | * |
| **JEANETTE E. FLAGG, L.P.N.**, | * |
| | * |
| Defendant/Cross Defendant/ Counter Plaintiff, | * |
| | * |
| and, | * |
| | * |
| **STERLING MIAMI, INC., f/k/a STERLING HEALTH CARE GROUP, INC.**, | * |
| | * |
| Defendant/Third-Party Defendant/Counter Defendant/ Counter Plaintiff/Cross Plaintiff, | * |
| | * |
| and, | * |
| | * |
| **STERLING PROFESSIONAL EMERGENCY PHYSICIANS, LLC**, | * |
| | * |
| Defendant/Third-Party Defendant/Counter Defendant/ Counter Plaintiff/Cross Plaintiff, | * |



DC:114035.1

|  |  |
|---|---|
| and, | * |
|  | * |
| **PROFESSIONAL EMERGENCY PHYSICIANS** | * |
| **P.A.,** | * |
|  | * |
| Defendant/Third-Party | * |
| Defendant/Counter Defendant/ | * |
| Counter Plaintiff/Cross | * |
| Plaintiff, | * |
|  | * |
| and, | * |
|  | * |
| **ANTONIO MARTINS, M.D.,** | * |
| **Individually,** | * |
|  | * |
| Defendant/Third-Party | * |
| Defendant/Counter Defendant/ | * |
| Counter Plaintiff/Cross | * |
| Plaintiff. | * |
|  | * |



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL
### WITH PREJUDICE
(entire case and all claims)

UPON CONSENT OF ALL PARTIES BY COUNSEL, and further pursuant to FRCivP 41, this entire case and all claims in it shall be and it hereby is dismissed with prejudice; this dismissal with prejudice shall include all claims of every type or description, including but not limited to original claims, third party claims, counterclaims and cross claims of every type.

DC:114035.1

2

Each party shall bear its own costs.

_____
David E. Manoogian, Esquire
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Ste. 700
Washington, D.C. 20037
*Attorneys for Defendants/Third-Party
Defendants/Counter-Defendants/
Counter-Plaintiffs/Cross-Plaintiffs*

_____
Roy B. Cowdrey, Jr., Esquire
Cowdrey, Thompson & Karsten, P.A.
130 North Washington Street
P.O. Box 1747
Easton, Maryland 21601
 *Attorney for Plaintiffs*

_____
James L. Otway, Esquire
Anthenelli & Otway
108 The Plaza
P.O. Box 4096
Salisbury, Maryland 21801
 *Attorney for Plaintiffs*

_____
Michael J. Baxter, Esquire
Baxter, Baker, Sidle & Conn, P.A.
120 E. Baltimore Street
Suite 2100
Baltimore, Maryland 21202
 *Attorney for Defendant/Third-Party
 Plaintiff Atlantic General Hospital*

DC:114035.1

*[signature]*
Michael M. Hicks, Esquire
Gilberg & Kiernan
1250 Eye Street, N.W.
Suite 600
Washington, D.C. 20005
*Attorneys for Defendant
Jeanette E. Flagg*

**IT IS SO ORDERED THIS** 15 **DAY OF** September **2000**

*[signature]*
United States District Court Judge

15

DC:114035.1

4